## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

JAMES MCALISTER                                                      PLAINTIFF

VS.                                           CAUSE NO. : 25CI1:21-cv-00122

VICKSBURG FORD LINCOLN
MERCURY, INC. and FORD MOTOR
COMPANY and JOHN DOES 1, 2, and 3              DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Ford Motor Company.
       C/o C.T. Corporation, 645 Lakeland Drive East
       Flowood, Mississippi 39232
       Its registered agent.

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Jonathan B. Fairbank, the attorney for the Plaintiff, whose post office address is Post Office Box 13276, Jackson, Mississippi 39236-3276, and whose street address is 5760 I-55 North, Suite 450, Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 24th day of June 2021.

Honorable Zack Wallace,
Circuit Clerk of Hinds County, Mississippi

By:_____, D. C

Name of Person or Entity Served _____

EXHIBIT B